

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Medmarc Casualty Insurance Co. v. David M. Kozlowski, Steven Irmen, and Sheryl Irmen

**08CV2707**
**JUDGE KOCORAS**
**MAG. JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> David F. Ryan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ David F. Ryan | MAY 09 2008 |
| FIRM <br> Patton & Ryan LLC | FILED |
| STREET ADDRESS <br> 330 N. Wabash Ave., Suite 2900 | MAY - 9 2008 |
| CITY/STATE/ZIP <br> Chicago, IL 60611 | MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER <br> (312) 261-5160 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |