## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MEDMARC CASUALTY INSURANCE COMPANY, INC., a Corporation, <br>     Plaintiff, <br><br> v. <br><br> DAVID M. KOZLOWSKI, STEVEN IRMEN, and SHERYL IRMEN, <br><br>     Defendants. | )<br>)<br>)<br>)<br>)   No. 08C2707<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Medmarc Casualty Insurance Company, dismisses this case pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without prejudice and without costs.

MEDMARC CASUALTY INSURANCE CO.

By:   /s/ David F. Ryan_____

David F. Ryan, Esquire
ARDC No. 6189295
Patton & Ryan LLC
330 N. Wabash Ave., Suite 2900
Chicago, IL 60611
(312) 261-5160
Fax (312) 261-5161

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he caused a true and correct copy of Notice of Voluntary Dismissal, via the Clerk of the Court using the CM/ECF system, and attorneys of record to be served electronically and via U.S. Mail with the same on July 28, 2008:

David M. Kozlowski
Camic Johnson Wilson McCullough
546 W. Galena Boulevard
Aurora, IL 60506

Steven and Sheryl Irmen
427 Argyll Lane
Schaumburg, Illinois 60194

s/David F. Ryan