# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles P. Kocoras | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2707 | **DATE** | 7/29/2008 |
| **CASE TITLE** | Medmark Casualty Ins Co vs. Kozlowski et al | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/29/2008. Cause is hereby dismissed without prejudice and with leave to reinstate on or before 10/29/2008. Unless the complaint is reinstated, or the time to reinstate is extended by the Court, said dismissal will become with prejudice on 10/29/2008.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | SCT |
|---|---|---|